**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KENNETH CHASE, | : | CRIMINAL NO. |
|    Movant, | : | 1:08-CR-0133-TWT-GGB-1 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:11-CV-3561-TWT-GGB |
| UNITED STATES OF AMERICA, | : | |
|    Respondent. | : | MOTION TO VACATE |
| | : | 28 U.S.C. § 2255 |

## **ORDER AND OPINION**

This matter is before the Court on Movant's pro se motion to vacate sentence under 28 U.S.C. § 2255 [Doc. 101] and motion for leave to file a supplemental memorandum of law in support of the § 2255 motion [Doc. 102]. Pursuant to the Court's November 10, 2011, order denying Movant's motion for an extension of time to file a § 2255 motion [Doc. 105], the motions [Docs. 101 and 102] are untimely and are **DENIED**.

Because Movant has failed to make a substantial showing of the denial of a constitutional right, **IT IS ORDERED** that a certificate of appealability be **DENIED**. See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**, this 15th day of November, 2011.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      UNITED STATES DISTRICT JUDGE