IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

KENNETH CHASE
also known as
Kenneth V. Chase,

   Defendant.

CRIMINAL FILE NO.
1:08-CR-133-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 125] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 101]. The Defendant was arrested after he arranged to meet an 11 year old girl (actually the imaginary daughter of an undercover officer) to have sex with her. The evidence at trial of his guilt was overwhelming. For the reasons set forth in the Report and Recommendation, there was no violation of the Speedy Trial Act and no ineffective assistance of counsel. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 101] is DENIED. There has been no showing of a substantial violation of the Defendant's constitutional rights.

Therefore, no Certificate of Appealability will be issued.

SO ORDERED, this 28 day of February, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge